UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABIGAIL ESQUIBEL, TAMMY SEARLE, JEREMY WAHL, AIMEN HALIM and NICHOLAS SALERNO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE CO., and TOM'S OF MAINE, INC.,<br><br>Defendants. | Case No. 1:23-cv-00742-RA<br><br>**DECLARATION OF JACLYN DEMAIS, ESQ.** |

I, JACLYN DEMAIS, an attorney admitted to practice in this Court and the courts of the State of New York, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am an associate with the law firm Greenberg Traurig, LLP, attorneys for defendants Colgate-Palmolive Co. and Tom's of Maine, Inc. (collectively, "Defendants").

2. I make this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. I am familiar with the facts and circumstances set forth herein.

3. Attached hereto as Exhibit A is a true and correct copy of the minute entry for proceedings held before Judge Edward M. Chen in *Bodle v. Johnson & Johnson Consumer*, No. 3:21-cv-07742-EMC (N.D. Cal. Feb. 24, 2022) (ECF No. 28).

Dated: May 5, 2023                                         GREENBERG TRAURIG, LLP

                                                           By:  */s/ Jaclyn DeMais*
                                                               Jaclyn DeMais (NY Bar No. 5257928)
                                                               One Vanderbilt Ave
                                                               New York, New York 10017
                                                               Telephone: 212.801.9200
                                                               demaisj@gtlaw.com

*Attorneys for Defendants Colgate-Palmolive Company and Tom's of Maine, Inc.*