

**J. Hunter Bryson**
Partner
405 E. 50th Street, New York, NY 10022
Telephone: (919) 539-2708
Email: hbryson@milberg.com

March 1, 2024

**MEMO ENDORSED**

**VIA ECF**
Honorable Laura Swain
Thurgood Marshall United Stated Courthouse
40 Foley Square
New York, NY 10007

**_Re: Esquibel et al. v. Colgate-Palmolive Co. et al., 1:23-cv-00742 (S.D.N.Y.)_**

Dear Judge Swain,

On November 9, 2024, this Honorable Court entered an Order granting Defendant's Motion to Dismiss Plaintiffs' Amended Complaint in this action. (ECF No. 47.) The Order provided for 21 days for Plaintiffs to file a motion for leave to file a Second Amended Complaint. *Id*. On November 30, 2023, Plaintiffs filed a Motion for Leave to file their Second Amended Complaint within the 21 days prescribed by the Court. (ECF No. 48). The Court has yet to rule on Plaintiffs' Motion for Leave.

On April 7, 2023, Judge Ronnie Abrams entered a Case Management Plan and Scheduling Order (ECF No. 29) which requires the Parties to complete discovery by April 12, 2024. Accordingly, Plaintiffs respectfully request that the Court stay any current case management deadlines until a ruling on Plaintiffs' Motion for Leave to file Second Amended Complaint. If the Court is inclined to grant the motion, Plaintiffs propose that the Parties file a status report to address the timing of Defendants' responsive pleading and other related case deadlines for the Court's consideration.

Regards,

/s/ J. Hunter Bryson

J. Hunter Bryson

cc: All Counsel of Record (via ECF)

The foregoing request is granted. The case management deadlines previously set forth in Judge Abrams' April 7, 2023, order are hereby stayed pending resolution of Plaintiff's Motion to Amend. This resolves docket entry no. 49.

Dated: March 11, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.