UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ABIGAIL ESQUIBEL, et al,

                      Plaintiffs,

      -against-

COLGATE-PALMOLIVE CO., et al,

                      Defendants.

-----------------------------------------------------------------X

**23-CV-742 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A conference in this matter for the Court to issue an oral ruling on the pending motion for leave to file an amended complaint (ECF No. 48) is hereby scheduled for **Thursday, May 9, 2024, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. Please dial (888) 808-6929; access code [9781335].

    SO ORDERED.

DATED:    New York, New York
                May 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge