UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ABIGAIL ESQUIBEL, et al,

                  Plaintiffs,

      -against-

COLGATE-PALMOLIVE CO., et al,

                  Defendants.
----------------------------------------------------------------X

**23-CV-742 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

On June 27, 2025, the Honorable Laura Taylor Swain issued an opinion and order on Defendants' motion to dismiss the second amended complaint. ECF No. 76. The parties are now directed to meet and confer and complete an updated Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Thursday, July 31, 2025.** Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **July 31, 2025.**

      The letter shall be filed via ECF.

      **SO ORDERED.**

DATED:    New York, New York
               July 1, 2025

                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge