UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ABIGAIL ESQUIBEL, et al,

                      Plaintiffs,

      -against-

COLGATE-PALMOLIVE CO., et al,

                      Defendants.
------------------------------------------------------------------X

**23-CV-742 (LTS) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

    The parties are directed to file a status update by **Friday, October 31, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
             August 4, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge