UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

Abigail Esquibel, Tammy Searle, Jeremy Wahl,
Aimen Halim, Nicholas Salerno, and Jason Zirpoli,

                      Plaintiffs,

v.

Colgate-Palmolive Co., and Tom's of Maine, Inc.,

                      Defendants.

---------------------------------------------------------- x

Case No. 23-cv-00742-LTS-VF

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiffs Abigail Esquibel, Tammy Searle, Jeremy Wahl, Aimen Halim, Nicholas Salerno, and Jason Zirpoli and defendants, Colgate-Palmolive Co., and Tom's of Maine, Inc. in the above entitled action, that that pursuant to Fed.R. Civ. P. 41(a)(1)A(ii) whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action, including all claims against Defendants Colgate-Palmolive Co., and Tom's of Maine, Inc. are dismissed with prejudice, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 30, 2025

By: _____
Jason P. Sultzer
SULTZER & LIPARI, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

*Counsel for Plaintiffs*

By: _____
Dean N. Panos
JENNER & BLOCK
353 North Clark Street
Chicago, IL 60654
Tel: (312) 923-2765
Fax: (312) 840-7765
dpanos@jenner.com

*Counsel for Defendants*